IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDI DELK; DONNA LEWIS, in her capacity as guardian ad litem for K.P.H., a minor; JENA ALLEN, in her capacity as guardian ad litem for A.R.H., a minor; PAMELA HUMBERS, in her capacity as the Trustee for BRANDI DELK, K.P.H., a minor, and A.R.H., a minor; and CATINA HENNING,<br><br>    Defendants. | Civil Action No. 7:12-CV-56 (HL) |

### ORDER

This case is before the Court on a Motion to Disburse Funds. (Doc. 34). The parties have settled the case,[1] but since the interpled funds at issue are in the Registry of the Court, an order of disbursement is required.

The motion is granted. The Clerk of Court is directed to distribute the funds held in the Registry of the Court as follows:

    1.    $3,500 to Pamela Humbers and her attorney, Neal L. Conner Jr.;

---

[1] A final default judgment was entered against Catina Henning on January 9, 2013. She is not involved in the settlement.

  2.  $133,243.38 to Brandi Delk and her attorney, Charles J. Steedley, P.C.;

  3.  $133,243.37 to Donna Lewis, in her capacity as guardian ad litem for K.P.H., and her attorney, Adam Ferrell, P.C.; and

  4.  $133.243.37 to Jena Allen, in her capacity as guardian ad litem for A.R.H., and her attorney, John C. Cotton.

Any interest that has accrued on the funds since their deposit in the Registry of the Court should be divided equally between Brandi Delk, Donna Lewis, and Jena Allen.

The checks should be sent to counsel at the address listed for each on the docket of this case.

**SO ORDERED**, this the 15th day of February, 2013.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh